**NATIONAL EDUCATION ASSOCIATION, Plaintiff-Appellee,**

v.

**DADE COUNTY CLASSROOM TEACHERS' ASSOCIATION, INC., Defendant-Appellant.**

No. 74–3850.

United States Court of Appeals, Fifth Circuit.

March 3, 1976.

Elizabeth Du Fresne, Tobias Simon, Miami, Fla., for defendant-appellant.

Henry H. Harnage, Richard L. Horn, Miami, Fla., Stephen J. Pollak, Richard M. Sharp, Washington, D. C., for plaintiff-appellee.

Before GEWIN and AINSWORTH, Circuit Judges, and MARKEY *, Chief Judge.

PER CURIAM:

The judgment in this case is affirmed on the basis of the opinion of the District Court, 407 F.Supp. 739.

Affirmed.